DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFF BRADLEY LINDEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-442

[June 15, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case Nos. 50-2016-CF-003821-AXXX-MB and 50-2016-CF-005050-AXXX-MB.

Jeff Bradley Linden, Moore Haven, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Sims v. State*, 286 So. 3d 292 (Fla. 4th DCA 2019), *rev. denied*, No. SC19-2065, 2020 WL 1899575 (Fla. Apr. 16, 2020).

GERBER, LEVINE and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***